# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                      Case No. 14-C-726

**BENJAMIN JOHN BIESE,**

    Movant.

## DECISION AND ORDER

Recently, Benjamin Biese filed a motion for relief under 28 U.S.C. § 2255, which the Court then transferred to the Western District of Wisconsin. Case No. 14-C-602. Judge Crabb quickly denied Biese's motion, so Biese decided to file another motion here in the Eastern District. This motion is **DISMISSED** for laying improper venue. § 2255(a); 28 U.S.C. § 1406(a). The Clerk of Court is directed to enter judgment accordingly. To the extent that it is necessary, the Court will not issue a certificate of appealability. Rule 11, Rules Governing Section 2255 Proceedings.

Dated at Milwaukee, Wisconsin, this 8th day of July, 2014.

                                              **BY THE COURT:**

                                              */s/ Rudolph T. Randa*
                                              **HON. RUDOLPH T. RANDA**
                                              **U.S. District Judge**